IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NEIL LYNN COCHRAN,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br><br>Case No. 1:02-CR-13 TS |

This matter is before the Court on Defendant's Motion for Early Termination of Supervised Release. For the reasons discussed below, the Court will grant Defendant's Motion.

I. BACKGROUND

Defendant was charged with two counts of possession of methamphetamine with intent to distribute and possession of a weapon in furtherance of a drug trafficking crime. On September 8, 2003, Defendant was sentenced to 120 months custody to be followed by 60 months of supervised release. Defendant began his term of supervision on September 14, 2010. Defendant now seeks to terminate supervision. The government has no objection to Defendant's Motion.

## II. DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is warranted by the conduct of an offender and is in the interest of justice. In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed Defendant's case, and consulted with Defendant's supervising officer, the Court finds that early termination is warranted. Defendant has been compliant with the conditions of supervision. He has maintained steady employment and has recently purchased a home. In all, he has done very well while on supervised release. Therefore, the Court will grant Defendant's Motion.

## III. CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 237) is GRANTED. Defendant's supervised release is hereby terminated.

DATED June 12, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge